COA No. 24-1596

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| JASON ADAM JENSEN,<br>Appellant,<br><br>v.<br><br>CITIBANK, N.A. et al,<br>Appellee(s). | On Appeal from the<br>United State District Court for<br>The Western District of Missouri<br>No. 22-3140-CV-S-BCW |

**MOTION FOR EXTENSION OF TIME FOR APPELLANT JASON ADAM JENSEN TO FILE BRIEF**

COMES NOW, Appellant Jason Adam Jensen, by his own hand, pro se, and under FRAP 26(b) and L.R. 27A(a)(2) and states:

1. Due to recent health developments Jensen has been unable to prepare the brief in the standard time allotted. Not only is Jensen Pro Se, whereas in appellant court the stakes are more sharp, but due to a recent diagnosis of a new physical disability, it has caused Jensen to suffer bipolar depression and/or autistic burnout. Moreover, this case centers on those disabilities which have made preparation for this case just that much more difficult.

2. Therefore, Jensen has obtained the stipulation, consent, and expression of no objection to a time extension from the following parties:

    a. Matthew Gist – Stone County Missouri

    b. Eric Doner – State of Missouri

3. Mr. Ben Ford has not responded to the request, however, based on past dealings, and his foundations of ethics, and the nature of his client, Jensen does not anticipate any objection from Citibank or Citigroup.

4. This Motion is not brought for any improper purpose, such as to cause a delay, to adversely impact the rights of other parties, or for any legal tactical strategy.

WHEREFORE, Appellant Jason Adam Jensen, respectfully requests this Court grant an extension of time for appellant Jason Adam Jensen to file his brief to May 30th, 2024.

Respectfully Submitted,

*[signature]*

Jason Adam Jensen

VERIFICATION

As Affiant, I, Jason Adam Jensen, hereby declare under penalty of perjury that the above declarations and facts are true and correct to the best of my knowledge and ability. Further, Affiant sayeth not.

*[signature]*

Jason Adam Jensen, Affiant

STATE OF MISSOURI

COUNTY OF STONE

Sworn to and subscribed before me this 29th day of April 2024 by Jason Adam Jensen.

_Valerie J. Kent_

Signature of Notary Public – State of Missouri

_Valerie J. Kent_

```
VALERIE J. KENT
Notary Public - Notary Seal
State of Missouri
Commissioned for Stone County
My Commission Expires: May 26, 2027
Commission Number: 15047318
```

Name of Notary, Typed, Printed or Stamped

Known ____ OR Produced Identification ✓

Type of Identification Produced  FL DL

CERTIFICATE OF COMPLIANCE

In accordance with FRAP 27(a)(2)(A) this response, as 497 words calculated by Microsoft Word 360, contains less than the volume limitation of 5,200 words. Moreover, this document uses a Serif font Times New Roman point size 12 rendered by that same Microsoft software. To the best of Jensen's knowledge and operation, no viruses have been introduced by the microprocessing of this document and the conversion to a portable document format.

Respectfully Submitted,

*Jason Adam Jensen* (signature)

Jason Adam Jensen

CERTIFICATE OF SERVICE

I hereby certify that on April 28th, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

Respectfully Submitted,

*Jason Adam Jensen* (signature)

Jason Adam Jensen